UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GARY DANIEL RODGERS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-14922** |
| **THE CITY OF JEFFERSON, ET AL.** | **SECTION "I"(2)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Gary Daniel Rodgers, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Gary Daniel Rodgers's complaint asserting claims pursuant to 42 U.S.C. § 1983 be **DISMISSED WITH PREJUDICE**, either as legally frivolous, for seeking monetary relief against immune defendants, or for failure to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2) or otherwise as barred by Heck v. Humphrey, 512 U.S. 477 (1994).

New Orleans, Louisiana, this 6th day of January, 2017.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE